# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3595

_____

Harold A. Thomas,                                    *
                                                     *
            Appellant,                               *
                                                     *
      v.                                             *
                                                     *
Department of Corrections; Iowa                      *
State Penitentiary Correctional                      *    Appeal from the United States
Officers; Mike Conwell; John Ault;                   *    District Court for the
Rebecca Jenkin; David Badcock;                       *    Southern District of Iowa.
Martin Rum; Mike Wilken; Mr. Meyer;                  *
Mr. Warden; Debra Nicholas; Carl                     *    [UNPUBLISHED]
Charleston; Jasson Steltonburge;                     *
Windy Wong-Gabriel; Karen Casey;                     *
Terry Davis; Madelena Davis; Mr.                     *
Scruggs; Tyron Lorenzana; Tony                       *
Mendez; Joyce Miller; Mr. Tentant;                   *
Dr. Antonio Sanchez; Tehanna Erich;                  *
Sara Varemazen; Lieutenant Fedler;                   *
Randy Vanwye; A. Mendez; Lerry                       *
Lorezano; Nurse Angela; Mr. Russco,                  *
                                                     *
            Appellees.                               *

_____

Submitted:  June 30, 2010
    Filed:  July 6, 2010

_____

Before WOLLMAN, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Iowa inmate Harold Thomas appeals the district court's[1] preservice dismissal of his 42 U.S.C. § 1983 complaint. We affirm for the reasons stated by the district court. See 8th Cir. R. 47B. We also deny Thomas's motion for appellate counsel.

_____

[1]The Honorable Robert W. Pratt, Chief Judge, United States District Court for the Southern District of Iowa.